1  Grant P. Fondo (SBN 181530)
   gfondo@goodwinlaw.com
2  David R. Callaway (SBN 121782)
   dcallaway@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   601 Marshall Street
4  Redwood City, CA 94063
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Jeremy Lateiner (SBN 238472)
   jlateiner@goodwinlaw.com
7  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
8  San Francisco, California 94111
   Tel.: +1 415 733 6000
9  Fax.: +1 415 677 9041

10 Attorneys for Defendant
   AGUSTIN GONZALEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AGUSTIN GONZALEZ,<br><br>Defendant. | Case Nos. 3:17-cr-00436-CRB and 3:19-cr-00002-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CHANGE OF PLEA HEARING**<br><br>Date: October 16, 2019<br>Time: 1:30 p.m.<br>Ctrm: 6 – 17th Floor<br>Judge: Hon. Charles R. Breyer |

| | |
|---|---|
| 1 | This matter is currently set for a change of plea hearing on October 16, 2019 at 1:30 p.m. |
| 2 | The parties are continuing to attempt to resolve this matter short of trial. However, additional time is |
| 3 | needed as the parties are attempting to reach a global resolution that will resolve similar offenses |
| 4 | charged in Alameda County. The government is currently working with the Alameda County |
| 5 | District Attorney's Office to determine whether such an agreement can be reached. |
| 6 | Based on the foregoing, the parties jointly request that the change of plea hearing be |
| 7 | continued from October 16, 2019 at 1:30 p.m. to November 20, 2019 at 1:30 p.m. Defense counsel |
| 8 | further request, with no objection by the government, that the Court exclude time from October 16, |
| 9 | 2019, through November 20, 2019, for effective preparation by defense counsel. *See* 18 U.S.C. § |
| 10 | 3161(h)(7)(B)(iv). |

**SO STIPULATED**:

Dated: October 15, 2019                              Respectfully submitted,

                                                                      By: /s/ Jeremy Lateiner
                                                                              Jeremy Lateiner

                                                                      Attorneys for Defendant
                                                                      AGUSTIN GONZALEZ

Dated: October 15, 2019                              By: /s/ Aseem Padukone
                                                                              David L. Anderson
                                                                              United States Attorney
                                                                              Aseem Padukone
                                                                              Assistant United States Attorney

1

STIPULATION AND [~~PROPOSED~~] ORDER          CASE NOS. 3:17-CR-00436-CRB
                                                                                              & 3:19-CR-00002-CRB

**[PROPOSED] ORDER**

Based on the foregoing stipulation by the parties, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The change of plea hearing shall be continued October 16, 2019 at 1:30 p.m. to November 20, 2019 at 1:30 p.m.

2. The time from October 16, 2019 to November 20, 2019 – a total of 35 days – is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel.

Dated: October 15, 2019

Respectfully submitted,

By: _____
HON. CHARLES R. BREYER
United States District Court Senior Judge

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

                                                        /s/ *Jeremy Lateiner*
                                                        Jeremy Lateiner